[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 146.]

THE STATE EX REL. WILCOX, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wilcox v. Indus. Comm.*, 1998-Ohio-144.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2809—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 96APD01-77.

_____

*Law Offices of Larry Hotchkiss* and *Scott A. Bravi*, for appellant.

*Betty D. Montgomery*, Attorney General, and *C. Bradley Howenstein*, Assistant Attorney General, for appellee Industrial Commission.

*Janet E. Jackson*, City Attorney, and *Stephanie Mitchell Hughes*, Assistant City Attorney, for appellee City of Columbus.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____